# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Joesph John Oka

                        Plaintiff,

v.                                                    Case No.: 1:23−cv−15793
                                                   Honorable Matthew F. Kennelly

Inc United Airlines, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, December 7, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Previously filed motion to set schedule [74] is moot; motion to stay [76] as to United was previously denied. On ALPA's motion to dismiss [79], as previously ordered, response is due 1/10/2025; reply to response is due 1/31/2025. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.