IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH JOHN OKA, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:23-CV-15793 |
| v. | ) ) | Honorable Matthew F. Kennelly |
| UNITED AIRLINES, INC. & AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**<u>DEFENDANT UNITED AIRLINES, INC.'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendant United Airlines, Inc. ("United""), by and through its attorneys, Littler Mendelson, P.C., and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, respectfully moves this Court for summary judgment on Plaintiff Joseph John Oka's ("Plaintiff") Title VII of the Civil Rights Act of 1964 ("Title VII") claims against it (Counts I and III) because there is no genuine dispute of material fact that his claims fail. The undisputed material facts, arguments, and authorities supporting United's Motion are set forth in its Rule 56.1 Statement of Undisputed Material Facts, Appendix of Exhibits to its Rule 56.1 Statement of Undisputed Material Facts, and its Memorandum of Law in Support of its Motion for Summary Judgment, all of which were filed contemporaneously with this Motion and are incorporated herein by reference.

WHEREFORE, United respectfully requests that the Court grant its Motion for Summary Judgment, and dismiss Plaintiff's claims against United in their entirety, with prejudice.

1

Dated: February 3, 2026                                Respectfully submitted,

**UNITED AIRLINES, INC.**

By:  */s/ Shanthi V. Gaur*
      One of the Attorneys for Defendant

Shanthi V. Gaur, Bar No. 6224996
sgaur@littler.com
Victoria Vanderschaaf, Bar No. 6321660
vvanderschaaf@littler.com
Littler Mendelson, P.C.
321 North Clark Street, Suite 1100
Chicago, IL 60654
Telephone:     312.372.5520
Facsimile:      312.372.7880

**CERTIFICATE OF SERVICE**

I, Shanthi V. Gaur, an attorney, hereby certify that on February 3, 2026, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court, using the Court's CM/ECF filing system, and that the counsel of record listed below was electronically served via the Court's CM/ECF system:

Elizabeth Lexis Anderson (*Pro Hac Vice)*
Robert E. Barnes (*Pro Hac Vice*)
BARNES LAW
700 South Flower Street, Suite 1000
Los Angeles, CA 90017
robertbarnes@barneslawllp.com
lexisanderson@barneslawllp.com
timomarzu@barneslawllp.com
*Attorneys for Plaintiff, Oka*

James K. Lobsenz (*pro hac vice*)
Joshua J. Ellison (*pro hac vice*)
AIR LINE PILOTS ASSOCIATION, INTERNATIONAL
Legal Department
7950 Jones Branch Drive, Suite 400S
McLean, VA 22102
Jim.Lobsenz@alpa.org
Joshua.Ellison@alpa.org
*Attorneys for Defendant Air Line Pilots Association, Int'l.*

/s/ Shanthi V. Gaur