ILND 450 (Rev. 10/13) : Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Joseph John Oka,

Plaintiff(s),

v.

United Airlines, Inc. & Air Line Pilots Association
International,

Defendant(s).

Case No.  23 C 15793
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐  in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒  other: Plaintiff's claims are dismissed with prejudice. The trial date and all other dates and
deadlines are vacated.

---

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date:  3/24/2026

Thomas G. Bruton, Clerk of Court

Melissa Astell , Deputy Clerk