**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Joesph John Oka

      Plaintiff,

v.              Case No.: 1:23−cv−15793
                Honorable Matthew F. Kennelly

Inc United Airlines, et al.

      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 13, 2026:

   MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic motion hearing held on 5/13/2026. Oral ruling made on the defendants' motions for bill of costs [162][164]. Defendants' motions for bill of costs [162][164] are granted. Costs are taxed in favor of United Airlines, Inc. and against the plaintiff in the amount of $6,362.80. Costs are taxed in favor of the Air Line Pilots Association, International and against the plaintiff in the amount of $12,565.00. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.